IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SHANTA CLAIBORNE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:17-CV-1141-L** |
| | § | |
| **STEPHEN K. OAKES,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On July 19, 2017, United States Magistrate Judge Paul D. Stickney entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court dismiss without prejudice this action for failure to prosecute or comply with a court order. No objections to the Report were filed.

Having reviewed the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses without prejudice** this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply with a court order. The clerk is **directed** to term all pending motions in this case.

**It is so ordered** this 30th day of August, 2017.

_____
Sam A. Lindsay
United States District Judge

Order –Solo Page